

# THE ATTORNEY GENERAL

# OF TEXAS

GERALD C. MANN

AUSTIN 11, TEXAS

~~WILLSON~~
ATTORNEY GENERAL

Honorable Ed Gunn
District Attorney
Cameron, Texas

Dear Mr. Gunn:

Opinion No. O-5314
Re: Would a duly elected State or
county official be excluded
from serving as a member of an
advisory board for registrants:
Said official rendering such
services without compensation.

We have given careful consideration to the question propounded to us in your letter of May 14, 1943, which reads as follows:

"Would a duly elected State or county official be excluded from serving as a member of an advisory board for registrants; said official rendering such services without compensation."

As we understand the duties of "a member of an advisory board for registrants" he does not hold a position of honor, trust or profit under this State or the United States within the contemplation of Section 33 of Article 16 or Section 12, Article 16 of the State Constitution.

As we understand the duties of "a member of an advisory board for registrants" are simply to assist the registrants in finding out what are their respective duties and advise them how to comply with the various orders promulgated by those in authority during the war. His acts and advice are not binding upon anyone. He receives no pay therefor and as we understand, he acts purely in an advisory capacity, and as a courtesy to the registrants who request his assistance. The registrants are free to accept his advice or not as they see fit.

Per your request we enclose a copy of our Opinion No. O-4542.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/George W. Barcus
George W. Barcus
Assistant

APPROVED JULY 2, 1943
s/Wm. J. Fanning
(Acting) ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman